UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANWAR DUNGY,

          Plaintiff,          Case Number 21-10601

v.                                          Honorable David M. Lawson

UNITED PARCEL SERVICE,

          Defendant.
_____/

## ORDER OF DISMISSAL

The parties agreed to participate in facilitative mediation to attempt a resolution of their dispute. On December 7, 2021, the mediator notified the Court that the parties had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before January 6, 2022**.

                                                        s/David M. Lawson
                                                        DAVID M. LAWSON
                                                        United States District Judge

Date: December 8, 2021